```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


HASAN,              )
         Plaintiffs, )
                    )   CIVIL ACTION
v.                  )   NO. 05-11252-WGY
                    )
BOSTON UNIVERSITY   )
         Defendants. )
```

ORDER OF RECUSAL

YOUNG, C.J.                                         June 22, 2005

   The presiding judge recuses himself on the ground that he is on the faculty of Boston University Law School.

```
                         WILLIAM G. YOUNG
                         UNITED STATES DISTRICT JUDGE


                         By the Court,

                         /s/ Elizabeth Smith
                         _____
                               Deputy Clerk
```