# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SYED VAHID HASAN
                Plaintiff

      V.

BOSTON UNIVERSITY
                Defendant

CIVIL ACTION

NO.   05-11252-MEL

## NOTICE

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

SARAH A. THORNTON,
CLERK OF COURT

May 18, 2007
Date

By:   /s/ George H. Howarth
        Deputy Clerk

(Dismiss LR41not.wpd - 11/98)    [ntcdismr41.]